**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Mawuli K Nyaku | : | Chapter 13 |
| | : | Case No.: 23-11728-PMM |
|    Debtor(s) | : | |

## **OBJECTION TO CERTIFICATION OF DEFAULT**

Debtor, Mawuli K Nyaku, by and through their undersigned counsel Brad J. Sadek, hereby objects U.S. Bank Trust National Association's Certification of Default on the following basis:

It is Denied that Debtor/Borrower, Mawuli K Nyaku, is delinquent on August 6, 2024, stipulation. By way of further answer, Debtor/Borrower believes as of June 19, 2025, he is current on all post-petition payments. If the Debtor/Borrower is delinquent, he shall be current prior to the hearing on the lender's instant Certification of Default.

WHEREFORE, Debtor respectfully requests this Honorable Court to DENY Movant's Order requesting Relief from the Automatic Stay.


Dated: June 23, 2025            /s/ Brad J. Sadek, Esq.
                                                              Brad J. Sadek, Esquire
                                                              Attorney for Debtor(s)
                                                              Sadek Law Offices, LLC
                                                              1500 JFK Boulevard, Suite #220
                                                              Philadelphia, PA 19102
                                                              brad@sadeklaw.com
                                                              215-545-0008